UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF ~~PENNSYLVANIA~~ *MASS.*  *ORIG*

-------------------------------------------X

~~Jin Ren LIU~~ *J. Cheng CHEN*
A. ~~72 473 453~~
*7246C150*            Petitioner,

-against-

~~Bill Riley,~~
District Director,
Bureau of Immigration and Customs Enforcement,
~~Philadelphia~~ District
*Mass.*

and

~~Thomas H. Hogan,~~ Warden
Yo~~rk County Prison~~

                Respondent.

-------------------------------------------X

Docket No. ~~05-CV-690 (JP)~~

**05 10546 RCL**

**FILE COPY**

RECEIPT # _____
AMOUNT $ ___500___
SUMMONS ISSUED __*yes*__
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. __*MS*__
DATE __3/23/05__

~~AMENDED~~ PETITION FOR A WRIT OF HABEAS CORPUS
(ADDING REQUEST FOR ATTORNEYS FEES UNDER EAJA)
~~for~~ *J. Cheng CHEN 72 460 150* MAGISTRATE JUDGE *New Mag Jdge*

The Petition of ~~Jin Ren LIU~~, A. ~~72 473 453~~, respectfully shows:

1.      Petitioner, ~~Jin Ren LIU~~, hereby petitions this Court under 28 U.S.C. § 2241, *et*

*seq.*, to issue a Writ of Habeas Corpus ordering to order the Petitioner's release and declaring

that, as a matter of both law and due process, respondent failed to properly adjudicate petitioner's

application for adjustment of status and failed to exercise its discretion with respect to the

application, in that as a matter of law and due process, the respondent failed to explain its change

of policy inasmuch as, aliens who had been ordered excluded were routinely granted adjustment

of status as a matter of course over the past 10 years in the ~~New York~~ *Massachusetts* District, ~~and, upon~~

~~information and belief, in the Philadelphia District as well.~~

-1-

## JURISDICTION

2.      Jurisdiction is proper in this Court pursuant to 28 USC § 2241 (habeas corpus); 28

USC § 1331 (federal question jurisdiction); the Administrative Procedure Act, 5 USC § 701 *et*

*seq.*; Fed. R. Civ. P. 81 *et seq.*, and declaratory judgment and mandamus, brought pursuant to 28

USC § 2201, 28 USC § 1361.

## PARTIES

3.      Petitioner was ~~born on December 12, 1970 in China and~~ is a citizen of China. He [*Shu Sheng ZHENG* / *2/30/04*]

entered the United States in 1992. He married ~~Hui Chen CHEN~~ in New York on ~~April 25, 2002~~, [*Chen's*]

and her immigration status is derivative of Mr. ~~Liu~~'s status. Mr. Liu is presently in the custody

of ~~Bill Riley~~, District Director, Bureau of Immigration and Customs Enforcement ("ICE"), [*Mass.*]

~~Philadelphia~~ District, and physically detained at the ~~York County Prison.~~ [*an unknown location*]

4.      Respondent, ~~Bill Riley~~, is sued in his official capacity, in which he bears the

responsibility of the administration and enforcement of the ICE's functions relating to detention

and removal of aliens, including maintaining and enforcing Petitioner's custody, setting terms of

bond or parole, if any.

6.      Respondent, ~~Thomas H. Hogan, is the~~ Warden ~~of the York County Prison, and~~ as [*a*]

such, is the official charged with responsibility for detention of Petitioner.

## VENUE

5.      Venue is proper in this court, which exercises jurisdiction in petitions for habeas

corpus filed by persons being detained by an ICE official in the ~~Eastern~~ District of ~~Pennsylvania~~. [*Mass.*]

Petitioner is detained on the order of the ICE District Director and his agents.

## FACTUAL BACKGROUND

6.    Petitioner's entry, or more properly, attempted entry was in 1992, at which time

he was detained at a port of entry, placed in exclusion proceedings under former section 236 of

the Immigration and Nationality Act ("INA"), 8 U.S.C. sec. 1226 [repealed]. He was paroled

from government detention to continue with his asylum proceedings, and his asylum claim was

denied by the immigration judge (Ex. 1), and the appeal thereof to the Board of Immigration

Appeals was thereafter dismissed ~~September 14, 1998~~. The charge of entry by use of a

fraudulent document was expressly not sustained by the immigration judge.

7.    Petitioner filed an Application for Alien Employment Certification on ~~March~~ 31,

~~1999~~ for certification as a specialty cook (Ex. 2). This application was granted.

8.    Petitioner filed an Immigrant Petition for Alien Worker, form I-140, dated

3/19/02

~~February 5, 2001~~ in order to receive an immigrant visa which would allow him to apply for

lawful permanent residence ("LPR" or "green card") status (Ex. 3). This was approved February

2

14, 2001, ~~exactly four years ago today~~ (Ex. 4).

1/28/03 (date signed    )

9.    On ~~December 13, 2001~~, petitioner filed an application for adjustment of status,

form I-485, including a filing under Immigration and Nationality Act, ("INA") 245i, form I-485

Supplement A, with the Vermont Service Center; (Ex. 5); ~~the receipt therefore is at Ex. 6. The~~

~~application was transferred to Philadelphia, see Transfer Notice, Ex. 7.~~  Upon information and

Chen

belief, Mr. ~~Liu~~ filed an application to reenter after deportation, form I-212.

10.   Petitioner is eligible to become a lawful permanent resident under 8 U.S.C. 245(i)

based upon the approved application for labor certification and approved I-140 immigrant

petition. Petitioner filed an Application to Adjust Status (form I-485), and an application to waive the consequences of entry without inspection (form I-485, Supplement A). He is legally eligible for adjustment of status, notwithstanding his prior exclusion and deportation from the United States.

11.    The Bureau of Citizenship and Immigration Services has failed to adjudicate the application, and Mr. LIU is now in the custody of ICE. *3/23/05 requested for parole/bond which was*

12.    On ~~May 5, 2004~~, petitioner filed an ~~application for stay of Deportation or Removal, form I-246 (Ex. 8, which request was not acted upon.~~ *not acted upon,*

~~13.    On February 16, 2005, Petitioner filed a request for humanitarian parole~~ pursuant to 8 CFR § 212.5(a)(2)(v) as an alien whose continued detention is not in the public interest, and has requested bond. (Ex. 9).    This has not yet been acted upon.

## LEGAL AND DUE PROCESS ERRORS IN THE ADJUDICATION OF THE ADJUSTMENT APPLICATION

14. Respondent failed to adjudicate (i) petitioner's application for adjustment of status (ii) *parole and/or bond request.* failed to adjudicate petitioner's ~~application for a stay of removal and~~ failed to adjudicate (iii) petitioner's application under form I-212 to reenter after deportation, and failed to exercise its discretion with respect to the record as a whole.    Congress, in passing section 245(i) of the Immigration and Nationality Act, removed illegal entry as a bar to adjustment for qualified aliens.

Respondent failed to explain its change of policy inasmuch as, aliens who had been both ordered excluded and who even had failed to respond to a bag and baggage letter, upon information and belief, were routinely granted adjustment of status as a matter of course over the

-4-

past 10 years, *see INS v. Cardoza Fonesca*, 480 U.S. 421, 446 N. 30 (1987); *Lal v. INS*, 255 F.3d 998, 1006-7 (9th cir. 2001), *Robinson Fruit Ranch, Inc. v. U.S.*, *Batanic v. INS*, 12 F.3d 662 (7th cir. 1993); *Nair v. Coultice*, 162 F.Supp. 2d 1209 (.S.D. Cal. 2001); *Guo Chun Di v. Carroll*, 842 F.Supp. 858, 865-66 (E.D. 1994).

## IRREPARABLE HARM

15.   Petitioner is currently detained at a facility in York, Pennsylvania, in violation of his constitutional right to reasonable bail, and his continued detention and separation from his immediate family members represents irreparable harm to his freedom.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

16.   Petitioner filed a request for humanitarian parole pursuant to 8 CFR § 212.5(a)(2)(v). The INS detention officer in charge of Petitioner has not acted upon the request.

17.   Petitioner also requests, and asserts that he is entitled to consideration of, a release on bail/pending this Court's decision on this writ. *See Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001).

18.   No prior application for release has been made to this Court on behalf of this Petitioner.

## WHEREFORE, YOUR PETITIONER PRAYS THIS HONORABLE COURT:

I      That the Court enter an order requiring respondent to release petitioner;

II     In the alternative, declare that Petitioner is eligible for a bond hearing, and that the same must be considered by Respondent;

III    In the alternative, directly grant bond as a condition of petitioner's release;

-5-

IV     That this Court grant interim release pending a final decision, and any appeal of such

decision, on this writ; and

V      That the Court enter an order staying any removal of petitioner by respondent and staying

enforcement, if any, of the prior exclusion order;

VI     That the Court enter an order declaring that as a matter of both law and due process,

respondent failed to properly adjudicate petitioner's applications for adjustment of status

and failed to exercise its discretion with respect to the correct record, in that as a matter of

law and due process, the respondent  failed to adjudicate (i) petitioner's application for

adjustment of status (ii) failed to adjudicate petitioner's application for a stay of removal

and failed to adjudicate (iii) petitioner's application under form I-212 to reenter after

deportation, and failed to exercise its discretion with respect to the record as a whole, and

failed to explain its change of policy inasmuch as, aliens who had been both ordered

excluded and even those who had failed to respond to a bag and baggage letter were

routinely granted adjustment of status as a matter of course over the past 10 years;

VII    That the Court grant attorneys fees under the Equal Access to Justice Act; and

VIII   That the Court grant any other and further relief may be fit and proper.

Dated:        New York, New York
              February 16, 2005

              3/23/05

THEODORE N. COX, ESQ.
Attorney for Petitioner
401 Broadway, Suite 701
New York, NY 10013
tel.: (212) 925-1208
fax: (212) 925-5188

**U.S. DEPARTMENT OF LABOR**
**EMPLOYMENT AND TRAINING ADMINISTRATION**
**JFK Federal Building E-350**
**Cambridge Street**
**Boston, Massachusetts 02203**
**FINAL DETERMINATION**

P2002-MA-01317653

In reply refer to 1TGESC: MKO

February 27, 2002

<u>Ji Cheng Chen</u>
Alien's name

<u>Cook, Specialty, Foreign Food</u>
Alien's Occupation

BeiJing Star Restaurant
Andrew Fair
c/o Gleit & Fair
401 Broadway, Suite 601
New York, NY 10013

<u>April 16, 2001</u>
Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

<u>Form ETA 750 has been certified</u> and is enclosed. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.

RAIMUNDO A. LOPEZ
Regional Certifying Officer

cc:    State ES Agency
       BeiJing Star Restaurant
       Ji Cheng Chen

Attachments: ETA 750A, ETA 750B

ETA 7145PA(REV.MAR.,1990)

257

14429

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

OMB Approval No. 44-R1301

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001)

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden) |
| CHEN          Ji Cheng |

| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country) | 3. Type of Visa (If in U.S.) |
| 45 Sachem St. Quincy, MA 02170 | none |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization) | 5. Telephone |
| BeiJing Star Restaurant | 781-642-8888 |

| 6. Address (Number, Street, City and Town, State ZIP code) |
| 835 Main St. Waltham, MA 02451 |

| 7. Address Where Alien Will Work (if different from item 6) |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay |
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Chinese Restaurant | Cook, Chinese Specialty | 40 | | 11:00 a.m. 7:00 p.m. | $ per hour | $ per hour |

| 13. Describe Fully the job to be Performed (Duties) |

Prepare, season, and cook all Chinese dishes on menu including Sea Cucumber braised in soy sauce, Fish Tripe with three delights, and lamb with scallion.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | 15. Other Special Requirements |
| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required (specify) |
| | | | | Major Field of Study |
| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training | |
| EXPERI-ENCE | Job Offered Yrs. Mos. | Related Occupation Number Yrs. Mos. | Related Occupation (specify) | |
| | 2 | | | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor ▶ Manager | 17. Number of Employees Alien Will Supervise 0 |

| ENDORSEMENTS (Make no entry in section - for Government use only) | | Date Forms Received |
| | | S.O. |
| | | R.O.                    N.O. |
| FEB 27 2002 | _Raimundo G. Lopez_ | Ind. Code 5812 | Occ. Code 313.361.030 |
| (DATE) | (CERTIFYING OFFICER) | Occ. Title | |
| | | Cook, Chinese Specialty | |

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

ETA 750 (Oct. 1979)

258

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | c. City and State |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS  (Complete for Private Household ONLY)**

| a. Description of Residence | | | b. No. Persons residing at Place of Employment | | | c. Will free board and private room not shared with anyone be provided? | ("X" one) |
|---|---|---|---|---|---|---|---|
| ("X" one)  ☐ House  ☐ Apartment | Number of Rooms | Adults | | Children | Ages | | ☐ YES  ☐ NO |
| | | | BOYS | | | | |
| | | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS. (Specify Sources of Recruitment by Name)**

**22. Applications require various types of documentation.  Please read Part II of the Instructions to assure that appropriate supporting documentation is included with your application.**

**23. EMPLOYER CERTIFICATIONS**

By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly, or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

DECLARATION OF EMPLOYER ➤ Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.

SIGNATURE
X  *Zhi Deng Liu*

DATE  4/5/01

NAME (Type or Print)   ZHI DENG LIU

TITLE   Owner / Treasurer

AUTHORIZATION OF AGENT OF EMPLOYER ➤ I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.

SIGNATURE OF EMPLOYER

DATE

NAME OF AGENT (Type or Print)

ADDRESS OF AGENT (Number, Street, City, State, ZIP code)

*14429*

**PART B. STATEMENT OF QUALIFICATIONS OF ALIEN**

FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION: If alien is in the U.S., contact nearest office of Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.

**IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

Print legibly in ink or use a typewriter. If you need more space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.

| 1. Name of Alien (Family name in capital letters) | First name | Middle name | Maiden name |
|---|---|---|---|
| CHEN | Ji Cheng | | |

| 2. Present Address (No., Street, City or Town, State or Province and ZIP code) | Country | 3. Type of Visa (If in U.S.) |
|---|---|---|
| 45 Sachem St. Quincy, MA 02170 | | none |

| 4. Alien's Birthdate (Month, Day, Year) | 5. Birthplace (City or Town, State or Province) | Country | 6. Present Nationality or Citizenship (Country) |
|---|---|---|---|
| 12/06/1970 | Lianjiang County | Fujian | China | China |

**7. Address in United States Where Alien Will Reside**
45 Sachem St.
Quincy, MA 02170

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | 9. Occupation in which Alien is Seeking Work |
|---|---|
| BeiJing Star Restaurant 835 Main St. Waltham, MA 02451 | Cook, Chinese Specialty |

10. "X" the appropriate box below and furnish the information required for the box marked

| | | City in Foreign Country | Foreign Country |
|---|---|---|---|
| a. ☐ | Alien will apply for a visa abroad at the American Consulate in | | |
| b. ☒ | Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at | City St. Albans, VT | State |

| 11. Names and Addresses of Schools, Colleges and Universities Attended (include trade or vocational training facilities) | Field of Study | FROM | | TO | | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | Month | Year | Month | Year | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**SPECIAL QUALIFICATIONS AND SKILLS**

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

13. List Licenses (Professional, Journeyman, etc.)

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

Endorsements

(Make no entry in this section - FOR Government Agency USE ONLY)

| DATE REC. DOL |
|---|
| O.T. & C. |

(Items continued on next page)

260

| 15. WORK EXPERIENCE. | List all jobs held during the last three (3) years. Also, list any other jobs related to the occupation for which the alien is seeking certification as indicated in item 9. |
|---|---|

**a. NAME AND ADDRESS OF EMPLOYER**
Beijing Star Restaurant
835 Main St., Waltham, MA  02451

| NAME OF JOB | DATE STARTED Month    Year | DATE LEFT Month    Year | KIND OF BUSINESS |
|---|---|---|---|
| Cook, Chinese Specialty | 06/1997 | 02/2000 | Chinese Restaurant |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES OR EQUIPMENT | NO. OF HOURS PER WEEK 40 |
|---|---|

Prepare, season, and cook all Chinese dishes on menu including Sea Cucumber braised in soy sauce, Fish Tripe with three delights, and lamb with scallion.  (Currently working at this restaurant beginning 04/2001 until the present.)

**b. NAME AND ADDRESS OF EMPLOYER**
China King
Shrewsbury, MA   01545

| NAME OF JOB | DATE STARTED Month    Year | DATE LEFT Month    Year | KIND OF BUSINESS |
|---|---|---|---|
| Cook, Chinese Specialty | 03/2000 | 04/2000 | Chinese Restaurant |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES OR EQUIPMENT | NO. OF HOURS PER WEEK 40 |
|---|---|

Prepare, season, and cook all Chinese dishes on menu including Sea Cucumber braised in soy sauce, Fish Tripe with three delights, and lamb with scallion.

**c. NAME AND ADDRESS OF EMPLOYER**
Chopsticks
1083 Main St., Worcester, MA  01603

| NAME OF JOB | DATE STARTED Month    Year | DATE LEFT Month    Year | KIND OF BUSINESS |
|---|---|---|---|
| Cook, Chinese Specialty | 10/1993 | 12/1995 | Chinese Restaurant |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES OR EQUIPMENT | NO. OF HOURS PER WEEK 40 |
|---|---|

Prepare, season, and cook all Chinese dishes on menu including Sea Cucumber braised in soy sauce, Fish Tripe with three delights, and lamb with scallion.

**16. DECLARATIONS**

| DECLARATION OF ALIEN | Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. | |
|---|---|---|
| SIGNATURE OF ALIEN | | DATE |
| Ji Cheng        CHEN | *Ji Cheng Chen* | 4/5/01 |

| AUTHORIZATION OF AGENT OF ALIEN | I hereby designate the agent below to represent me for the purposes of labor certification and I take full responsibility for accuracy of any representations made by my agent. |
|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| | |

| NAME OF AGENT        (Type or print) | ADDRESS OF AGENT        (No., Street, City, State, ZIP code) |
|---|---|
| | |

261

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0061

# Immigrant Petition for Alien Worker

## START HERE - Please Type or Print.

### Part 1.   Information about the person or organization filing this petition.

If an individual is filing, use the top name line. Organizations should use the second line.

| Family Name | Given Name | Middle Initial |
|---|---|---|

Company or Organization   BeiJing Star Restaurant

Address - Attn:

| Street Number and Name   835 Main St. | Room |
|---|---|

City   Waltham

State or Province   MA

Country   USA

Zip/Postal Code   02451

E-mail Address

IRS Tax #   04-3256225

Social Security # (if any)

### Part 2.   Petition type.

This petition is being filed for (check one):

- a. ☐ An alien of extraordinary ability
- b. ☐ An outstanding professor or researcher
- c. ☐ A multinational executive or manager
- d. ☐ A member of the professions holding an advanced degree or an alien of exceptional ability (who is NOT seeking a National Interest Waiver.)
- e. ☑ A skilled worker (requiring at least two years of specialized training or experience) or professional (Item F- no longer available)
- g. ☐ Any other worker (requiring less than two years of training or experience)
- i. ☐ An alien applying for a national interest waiver (who IS a member of the professions holding an advanced degree or an alien of exceptional ability)

### Part 3.   Information about the person you are filing for.

| Family Name   CHEN | Given Name   Ji Cheng | Middle Initial |
|---|---|---|

Address - C/O

| Street # and Name   45 Sachem St. | Apt. # |
|---|---|

City   Quincy

State or Province   MA

Country   USA

Zip/Postal Code   02451

E-mail Address:

Date of Birth (Month/Day/Year)   12/6/70

Country of Birth   China

Social Security # (if any)   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

A # (if any)   A72 460 150

Date of Arrival (Month/Day/Year)   11/16/92

I-94#   none

If in the U.S.   Current Nonimmigrant Status   none

Expires on (Month/Day/Year)   n/a

IBIS
1·6·03
NR   R   NR
VSC   1385

---

### FOR INS USE ONLY

Receipt

84/23/2002

EAC-02-116-52384   EACEI6.02

**Classification:**

- ☐ 203(b)(1)(A) Alien of Extraordinary Ability
- ☐ 203(b)(1)(B) Outstanding Professor or Researcher
- ☐ 203(b)(1)(C) Multi-national executive or manager
- ☐ 203(b)(2) Member of professions w/adv. degree or exceptional ability
- ☑ 203(b)(3) (A) (i) Skilled Worker
- ☐ 203(b)(3) (A) (ii) Professional
- ☐ 203(b)(3) (A) (iii) Other worker

**Certification:**

- ☐ National Interest Waiver (NIW)
- ☐ Schedule A, Group I
- ☐ Schedule A, Group II

| Priority Date   4-16-01 | Consulate   245 |
|---|---|

Remarks   (2)   E31   430

Action Block

APPROVED
I.N.S. DISTRICT DIRECTOR

JAN 0 6 2003

VSC   11792

254

## Part 4.  Processing Information.

Please complete the following for the person named in Part 3: (Check one)

☐ Alien will apply for a visa abroad at the American
Consulate in:                                 City: _____    Foreign
                                                                        Country:

☑ Alien is in the United States and will apply for adjustment of status to that of lawful permanent resident.

Alien's Country of Nationality: _____

Alien's country of current residence or, if now in the U.S., last permanent residence abroad: _____

If you provided a U.S. address in Part 3, print the person's foreign address: . . . . .

If the person's native alphabet is other than Roman letters, write the person's foreign name and address in the native alphabet:

Are you filing any other petitions or applications with this one?                        ☑ No    ☐ Yes-attach an explanation
Is the person you are filing for in removal proceedings?                                 ☑ No    ☐ Yes-attach an explanation
Has any immigrant visa petition ever been filed by or on behalf of this person?          ☑ No    ☐ Yes-attach an explanation
If you answered yes to any of these questions, please provide the case number, office location, date of decision and disposition of the decision on a separate sheet of paper.

## Part 5.  Additional information about the petitioner.

Type of petitioner (Check one).

☑ Employer    ☐ Self    ☐ Other (Explain, e.g., Permanent Resident, U.S. Citizen or any other person filing on behalf of the alien.)

| If a company, give the following: Type of business | *Chinese Restaurant* | | NAICS Code: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Established *Nov. 1994* | Current # of employees  *10* | | Gross Annual Income *400,877.33 (2001)* | | Net Annual Income | | | | |
| If an individual, give the following: Occupation | | | Annual Income | | | | | | |

## Part 6.  Basic information about the proposed employment.

| Job title *Cook, Chinese Specialty* | SOC Code: | ☐☐ — ☐☐☐☐ |
|---|---|---|

Nontechnical description of job      Prepare, season, and cook all Chinese dishes on menu.

Address where the person will work if different from address in Part 1.

Is this a full-time position?:    ☑ Yes    ☐ No (hours per week _____)    Wages per week $   502.80

Is this a permanent position?:    ☑ Yes    ☐ No    Is this a new position?    ☐ Yes    ☑ No

## Part 7.  Information on spouse and all children of the person you are filing for.

List husband/wife and all children related to the individual for whom the petition is being filed. Provide an attachment of additional family members, if needed.

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| none | | | |

255

**Part 8.   Signature.** *Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete Part 9.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it are all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Petitioner's Signature | Print Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *[signature]* | Zhi Peng Liu | 3/14/02 | 781-642-8888 |

E-mail Address:

**Please Note:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this petition may be denied.*

**Part 9.   Signature of person preparing form, if other than above. (Sign below)**

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *[signature]* Andrew L. Fair | | 3/12/02 | 212/966/6704 |

| Firm's Name and Address | Gleit & Fair |
|---|---|
| | 401 Broadway, Suite 601, New York, NY 10013 |

E-mail Address:

| **To Be Completed by *Attorney or Representative, if any.*** |
|---|
| ☐ Fill in box if G-28 is attached to represent the petitioner. |

| VOLAG No. | ATTY State License No. |
|---|---|

| Attorney or Representative Signature: |
|---|
| Note: In the event of a Request for Evidence (RFE) may the INS contact you by Fax or E-mail:  ☐ Yes   ☐ No |

| Fax Number: | E-mail Address: |
|---|---|

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-02-170-52384 | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE<br>April 23, 2002 | PRIORITY DATE<br>April 16, 2001 | PETITIONER<br>BEIJING STAR RESTAURANT |
| NOTICE DATE<br>January 6, 2003 | PAGE<br>1 of 1 | BENEFICIARY  A72 460 150<br>CHEN, JI CHENG |

ANDREW L. FAIR
GLEIT & FAIR
401 BROADWAY SUITE 601
NEW YORK NY 10013

**Notice Type:** Approval Notice
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to that Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



Form I-797 (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-005.

**Form I-485, Application to Register Permanent Resident or Adjust Status**

| IBIS |
| NR    R    NR |
| VSC    1097 |

## START HERE - Please Type or Print

## Part 1.    Information About You.

| Family Name | CHEN | Given Name | Ji Cheng | Middle Initial |
|---|---|---|---|---|

Address - C/O

Street Number and Name    45 Sachem Street    Apt. #

City    Quincy

State    MA

Zip Code    02170

Date of Birth (month/day/year)    12-6-70

Country of Birth    China

Social Security #    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

A # (if any)    72460150

Date of Last Arrival (month/day/year)    11-16-92

I-94 #    82787697802

Current INS Status    No Status

Expires on (month/day/year)    N/A

Verified in CIS 24118 Date 2/14/03

**FOR INS USE ONLY**

Returned

Receipt

03/07/2003

Resubmitted

EAC-03-119-51700

Reloc Sent

Reloc Rec'd

Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**

## Part 2.    Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)
_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

☐ I am a native or citizen of Cuba and meet the description in (e), above.

☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**To be Completed by**
*Attorney or Representative, if any*

☐ Fill in box if G-28 is attached to represent the applicant.

VOLAG #

ATTY State License # _____

Continued on back

Form I-485 (Rev. 02/07/00)N Page 1

74

RECEIVED
FEB 0 7 2002

RECEIVED
FEB 1 0 2003

## Part 3. Processing Information.

**A.** City/Town/Village of Birth
Lianjiang, Fujian, China

Current Occupation
Cook

Your Mother's First Name
Wen Fang

Your Father's First Name
Hong Ce

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

Place of Last Entry Into the U.S. (City/State)
New York, New York

In what status did you last enter? *(Visitor, student, exchange alien. crewman, temporary worker, without inspection, etc.)*

Were you inspected by a U.S. Immigration Officer? ☐ Yes ☐ No

Paroled

Nonimmigrant Visa Number
N/A

Consulate Where Visa Was Issued
N/A

Date Visa Was Issued (month/day/year)    N/A

Sex: ☒ Male ☐ Female

Marital Status ☐ Married ☒ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| None | | | |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

None

# Part 3.   Processing Information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:

    a.  knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?

    b.  been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  **By INS in JFk Airport** ☐ Yes ☒ No

    c.  been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☒ Yes ☐ No

    d.  exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever: ☐ Yes ☐ No

    a.  within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?

    b.  engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

    c.  knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No

    d.  illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:

    a.  espionage? ☐ Yes ☒ No

    b.  any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

    c.  any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit? ☒ Yes ☐ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☐ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

Form I-485 (Rev. 02/07/00)N Page 3

**70**

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053
Supplement A to Form I-485

**START HERE** - Please Type or Print

## Part 1. Information about Applicant

**FOR INS USE ONLY**

| | |
|---|---|
| Family Name **CHEN** | First Name **Ji-Cheng** · Middle Name **None** |

Address · C/O

Street Number and Name  **45 Sathem Street**   Apt. Suite

City  **Quincy**   State or Province  **MA**

Country  **USA**   ZIP/Postal Code  **02170**

INS A #  **72460150**   Date of Birth (month/day/year)  **12-16-1970**   Country of Birth  **China**

**FOR INS USE ONLY**

Returned

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed ☐ ☐

File Reviewed ☐ ☐

Receipt

Class of Adjustment Code:

03/07/2003

EAC-03-119-51700   EACSCH01

## Part 2. Basis for Eligibility (check one)

1. On Form I-485, Part 2, I checked application type (check one):

a. ☒ An immigrant petition . . .   Go to #2.
b. ☐ My spouse or parent applied . . .   Go to #2.
c. ☐ I entered as a K-1 fiance . . .   Stop Here. Do Not File This Form.
d. ☐ I was granted asylum . . .   Stop Here. Do Not File This Form.
e. ☐ I am a native or citizen of Cuba . . .   Stop Here. Do Not File This Form.
f. ☐ I am the spouse or child of a Cuban   Stop Here. Do Not File This Form.
g. ☐ I have continuously resided in the U.S. .   Stop Here. Do Not File This Form.
h. ☐ Other . . . . . . .   Go to #2.
i. ☐ I am already a permanent resident . . .   Stop Here. Do Not File This Form.
j. ☐ I am already a permanent resident and am the spouse or child of a   Stop Here. Do Not File This Form.

2. I have filed Form I-360; and I am applying for adjustment of status as a special immigrant juvenile court dependent (check one):

☐ Yes  Stop Here. Do Not File This Form.   ☒ No  Go to #3.

3. I have filed Form I-360; and I am applying for adjustment of status as a special immigrant who has served in the United States Armed Forces (check one):
☐ Yes  Stop Here. Do Not File This Form.   ☒ No  Go to #4.

4. I last entered the United States (check one):

☐ Legally as a crewman (D-1/D-2 visa).   Go to #11.
☐ Without inspection.   Go to #11.
☐ Legally in transit without visa status.   Go to #11.
☐ Legally without a visa   Go to #5.
☒ Legally as a parolee.   Go to #5.
☐ Legally with another type of visa (show type _____ )   Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business; and I am applying for adjustment of status as the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen (check one):

☐ Yes  Stop Here. Do Not File This Form.   ☒ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa; and I am applying for adjustment of status (check one):

☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen. Stop Here. Do Not File This Form.
☐ As a special immigrant retired international organization employee or as a special immigrant physician; and I have filed Form I-360.   Stop Here. Do Not File This Form.
☒ Under some other category.  Go to #7.

**To Be Completed by Attorney or Representative, if any**
☐ Check if G-28 is attached showing you represent the petitioner
VOLAG#
ATTY State License #

78

## Part 2. continue.

7. I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status; and I am applying for adjustment of status under Public Law 101-167 (check one):

☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #8.

8. I have been employed in the United States after 01/01/77 without INS authorization (check one):

☐ Yes  Go to #9.    ☒ No  Go to #10.

9. I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before 11/29/90; and I have always maintained a lawful immigration status while in the United States after 11/05/86 (check one):

☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #10.

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after 11/05/86 (check one):

☐ Yes  Stop Here. Do Not File This Form.
☐ No, but I believe that INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons. Stop Here. Do Not File This Form, and attach an explanation to your Form I-485 application.
☒ No  Go to #11.

11. I am unmarried and less than 17 years old (check one):

☐ Yes  Stop Here. File This Form and Form I-485.
☒ No  Go to #12.    Pay only the fee required with Form I-485.

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program (check one):

☐ Yes  Stop Here. File This Form and Form I-485.
☒ No  Go to #13.    Pay only the fee required with Form I-485.

13. File This Form and Form I-485. You must pay the additional sum:

$130.00 - Fee required with Form I-485* and
$650.00 - Additional sum under section 245(i) of the Act
———
$780.00 - Total amount you must pay.

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $650.00. In #11 and /or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.    Signature. Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature _Ji Cheng Chen_ | Print Your Name CHEN, Ji Cheng | Date 1-28-03 | Daytime Telephone No. 617-786-8808 |

Please Note: If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4.    Signature of person preparing form if other than above. (Sign Below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature _andrew Fair_ | Print Your Name Andrew L. Fair | Date 1-28-03 | Daytime Telephone No. 212-966-6704 |

Firm Name and Address    Gleit & Fair 401 Broadway Suite 601  New York, New York 10013

Form I-485 (Supplement A)

☆ U.S. GPO: 1996-405-024/60177

*Theodore N. Cox, Esq.*

*Attorney at Law*

高　律師

401 Broadway, Suite 701
New York, NY 10013
華埠百老匯大道401號7樓701室

Tel.: (212) 925-1208
Fax: (212) 925-5188
E-mail:tedcox1@juno.com

By Hand                                                3/23/05

ICE
Field Off. Dir.
JFK Govt Bldg
Boston Ma.

Re: Ji Cheng Chen                    Parole and Bond
72 460 150                                Request

Sir/Madam:
ICE has unlawfully detained Mr.
Chen at an adjustment interview without
adjudicating his green card application
I ask you to parole him in the public interest
INA §212.5(d), or to set a bond for
his release.
Sincerely,
Ted Cox

*Theodore N. Cox, Esq.*
*Attorney at Law*
高　泰　律　師

401 Broadway, Suite 701          Tel.: (212) 925-1208
New York, NY 10013               Fax: (212) 925-5188
華埠百老匯大道401號7樓701室          E-mail:tedcox1@juno.com

By Hand                                    3/23/05

ICE
Field Off. Dir.
JFK Govt Bldg
Boston Ma.

Re:  Ji Cheng Chen            Parole apd Bond
     72 460 150              Request

Sir/Madam:
     ICE has unlawfully detained Mr.
Chen as at an adjustment interview without
adjudicating his green card application
I ask you to parole him in the public interest
INA § 212.5(d), or to set a bond for
his release.
                              Sincerely
                              Ted Cox