Chen

v

Director ICE
and
Warden

Affirmation
~~Affidavit~~ in Support

Theodore Cox, an attorney duly admitted to the bar of the State of NY, hereby affirms under penalty of perjury:

1. I am the atty for petitioner who was detained today at about 9:30 a.m at an adjustment of status interview at the Gov. Center Boston MA

2. The allegations of the petition are true and correct upon info & belief.

3. A deportation off. on the 17th told me "He is being deported."

Boston MA
3-23-05

Theodore Cox