## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__J. Cheng Chen__
     **Petitioner**

**CIVIL ACTION**

V.

NO.     __05-10546__

__District Director, Bureau of Immigration and Customs Enforcement__
     **Respondent**

## O R D E R

__Lindsay__, D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer or other responsive pleading.

| __3/29/05__ | __/s/     Reginald C. Lindsay__ |
|---|---|
| **Date** | **United States District Judge** |

(2241servINS.wpd - 09/00)                                                                                          [2241serv.]