UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JI CHENG CHEN, )
      Petitioner, )
    )
    ) Civil Action No.
v. ) 05-10546-RCL
    )
DISTRICT DIRECTOR, BUREAU OF )
IMMIGRATION AND CUSTOMS )
ENFORCEMENT, )
      Respondent. )
    )
    )
    )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this action without prejudice, fees or costs to either party.

Respectfully Submitted,

THEODORE COX

_____
THEODORE COX
401 Broadway, Suite 701
New York, NY 10013
(212) 925-1208

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3136